FILED

OCT 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10555 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-50090-RCC |
| v. | |
| BARTOLO RODRIGUEZ-CORONADO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Ancer L. Haggerty, District Judge, Presiding[**]

Submitted September 24, 2013[***]

Before:    RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Bartolo Rodriguez-Coronado appeals from the district court's judgment and

challenges the six-month sentence imposed upon revocation of supervised release.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The Honorable Ancer L. Haggerty, Senior United States District Judge for the District of Oregon, sitting by designation.

[***]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rodriguez-Coronado contends that the district court erred by ordering his revocation sentence to run consecutively to his sentence for illegal reentry. He argues that U.S.S.G. § 5D1.1(c) creates a presumption that the court impose a concurrent sentence when a deportable alien is sentenced for violating supervised release. We disagree. Section 5D1.1(c) concerns the imposition of a term of supervised release, not the sentence to be imposed upon revocation. *See* U.S.S.G. § 5D1.1(c) (2011). Contrary to Rodriguez-Coronado's argument, the Guidelines recommend that the court impose a consecutive sentence for a supervised release violation. *See* U.S.S.G. § 7B1.3(f).

Rodriguez-Coronado next contends that his sentence is substantively unreasonable because it creates unwarranted sentencing disparities. Contrary to his claim, Rodriguez-Castro is not similarly situated to defendants who are not serving terms of supervised release. The district court did not abuse its discretion in imposing Rodriguez-Coronado's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). In light of the totality of the circumstances and the 18 U.S.C. § 3583(e) sentencing factors, the consecutive sentence is substantively reasonable. *See id*.

**AFFIRMED.**